**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard A. Hamar, | Case No. **CV 11-8936-JFW (Ex)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Ocwen Loan Servicing LLC;<br>Wells Fargo Bank, N.A.;<br>Litton Loan Servicing, LP, | |
| Defendants. | |

The Court, having granted the Defendants' motion to dismiss with prejudice for the reasons set forth in the Court's Minute Order dated December 27, 2011,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Richard A. Hamar shall recover nothing from any of the named Defendants;

2. Defendants Ocwen Loan Servicing, LLC, Litton Loan Servicing, LP, and Wells Fargo Bank, N.A. shall have judgment in their favor on Plaintiff Richard A. Hamar's entire action; and

3. Defendants Ocwen Loan Servicing, LLC, Litton Loan Servicing, LP, and Wells Fargo Bank, N.A. shall recover from Plaintiff Richard A. Hamar their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: December 27, 2011  _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2